766 A.2d 326

COMMONWEALTH of Pennsylvania, Appellee

v.

C.A.K., a Minor, Appellant.

Supreme Court of Pennsylvania.

Feb. 20, 2001.

Dennis Arthur Alessi, York, for C.A.K.

Craig S. Brooks, Pittsburgh, Mark David Fetterman, West Grove, for the Com. of PA, appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of February, 2001, this appeal is dismissed as having been improvidently granted.